An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

RICHARD PEASNALL,
                Appellant,

vs.

GARABET MAKNISSIAN; AND
EXPRESS TOWING & ROADSIDE
SERVICES,
                Respondents.

No. 68841

**FILED**

OCT 2 3 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal. Eighth Judicial District Court, Clark County; Susan Johnson, Judge. Appellant is proceeding in pro se pursuant to this court's pilot program for civil litigants proceeding without counsel.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, we are unable to discern whether this court has jurisdiction to consider the instant appeal because appellant has filed to identify any appealable order. Moreover, to the extent appellant seeks to appeal from the judgment dismissing the complaint with prejudice, entered January 13, 2014, the notice of appeal is untimely. Written notice of entry of the judgment was filed and served January 16, 2014. Appellant's notice of appeal was filed September 14, 2015, well after the 30-day period provided in NRAP 4. Accordingly, we conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

SUPREME COURT
OF
NEVADA

(O) 1947A

15-32351

cc: Hon. Susan Johnson, District Judge
Richard Peasnall
Eglet Prince
Eighth District Court Clerk